**Order entered December 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01503-CV

### STEPHEN W. CLARK, Appellant

### V.

### DILLARD'S INC. AND THE CAMBELL AGENCY, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848**

## ORDER

We GRANT court reporter Diane L. Robert's December 18, 2013 request for an extension of time to file the record and **ORDER** the record be filed no later than January 15, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE